**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VIGNOLI,<br><br>              Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 18-6618 JAK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court the Court has reviewed the Complaint, all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a <u>de novo</u> determination of the portions of the Amended Report and Recommendation to which the Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. The Court also finds that the issues presented do not warrant a hearing, as requested by Petitioner.

**IT IS ORDERED** that Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendant.

**JUDGMENT SHALL BE ENTERED IN ACCORDANCE WITH THIS ORDER.**

DATED: January 31, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE