**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VIGNOLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 18-6618 JAK (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED and this action is dismissed with prejudice.

DATED: January 31, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE